**Susan GUIHER, Plaintiff–Appellant,**

**v.**

**Ron NEWCOMB, Defendant–Appellee.**

No. 08–61017.

United States Court of Appeals, Fifth Circuit.

Aug. 21, 2009.

R. Douglas Bayles, for Plaintiff–Appellant.

Joseph Henry Ros, Watkins, Ludlam, Winter & Stennis, Gulfport, MS, for Defendant–Appellee.

Before REAVLEY, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Susan Guiher sued Ron Newcomb for tort damages resulting from a traffic accident. Federal jurisdiction is based on diversity of citizenship. The magistrate judge, sitting by consent as the district court, granted summary judgment for Newcomb, concluding that there is no genuine issue of material fact.

We have reviewed the briefs, the applicable law, and pertinent portions of the record. We agree with the district court that none of Guiher's theories can survive the motion for summary judgment. The judgment is AFFIRMED, essentially for the reasons carefully explained by the district court in its thorough opinion.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.